**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (*If known*): _____

Chapter you are filing under:
- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Kanblum LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 92-2408027 |

4. **Debtor's address**

**Principal place of business**

660 9th Street
Number        Street

Lakewood          NJ      08701
City                State      ZIP Code

Ocean County
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                State      ZIP Code

| | |
|---|---|
| 5. **Debtor's website** (URL) | |

6. **Type of debtor**

- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding  LLP)
- [ ] Other. Specify: _____

| Debtor | Kanblum LLC | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

53_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When ___ / ___ / _____ Case number _____
                                    MM / DD / YYYY

District _____ When ___ / ___ / _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

District _____ When ___ / ___ / _____
                              MM / DD / YYYY

Case number, if known _____

| Debtor | Kanblum LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

❑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

❑ It needs to be physically secured or protected from the weather.

❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❑ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                         State        ZIP Code

**Is the property insured?**

❑ No

❑ Yes. Insurance agency _____

Contact name _____

Phone _____

---

| ■ | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49          ❑ 1,000-5,000          ❑ 25,001-50,000
❑ 50-99         ❑ 5,001-10,000         ❑ 50,001-100,000
❑ 100-199       ❑ 10,001-25,000        ❑ More than 100,000
❑ 200-999

**15. Estimated assets**

☑ $0-$50,000              ❑ $1,000,001-$10 million        ❑ $500,000,001-$1 billion
❑ $50,001-$100,000        ❑ $10,000,001-$50 million       ❑ $1,000,000,001-$10 billion
❑ $100,001-$500,000       ❑ $50,000,001-$100 million      ❑ $10,000,000,001-$50 billion
❑ $500,001-$1 million     ❑ $100,000,001-$500 million     ❑ More than $50 billion

| Debtor | Kanblum LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/22/2023
MM / DD / YYYY

✖ /s/ Shlomo Kanarek
Signature of authorized representative of debtor

Shlomo Kanarek
Printed name

Title Managing member

**18. Signature of attorney**

✖ /s/ Donald F. Campbell, Jr.
Signature of attorney for debtor

Date 06/22/2023
MM / DD / YYYY

Donald F. Campbell, Jr.
Printed name

Giordano, Halleran & Ciesla, P.C.
Firm name

125 Half Mile Road Suite 300
Number     Street

Red Bank
City

NJ
State

07701-6777
ZIP Code

(732) 741-3900
Contact phone

dcampbell@ghclaw.com
Email address

030402001
Bar number

NJ
State

Department of the Treasury IRS
PO Box 7346
Philadelphia, PA 19101-7346


Embers Lake, LLC
45 Eisenhower Drive
Suite 500
Paramus, NJ 07652


Gerald Klein
954 Morris Ave
Lakewood, NJ 08701


Lee County Clerk
P.O. Box 2469
Fort Myers, FL 33902


Regency Development Properties, LLC
315 Monmouth Avenue
Lakewood, NJ 08701


State of New Jersey
Division of Taxation
PO Box 245
Trenton, NJ 08695

United States Bankruptcy Court

District of New Jersey

In re:  Kanblum LLC                                                    Case No.

                                                                       Chapter    11

                        Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date: _____06/22/2023_____          /s/ Shlomo Kanarek
                                         _____
                                         Signature of Individual signing on behalf of debtor

                                         Managing  member
                                         _____
                                         Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____

District of New Jersey

**In re** Kanblum LLC

Case No. _____

**Debtor**

Chapter <sup>11</sup> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the
above named debtor(s) and that compensation paid to me within one year before the filing of the
petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of
the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 7,000.00
_____

The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $ 550.00
_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

☑ Debtor                    ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☐ Debtor                    ☑ Other (specify)  Shlomo Kanarek

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they
are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who
are not members or associates of my law firm. A copy of the Agreement, together with a list of the names
of the people sharing the compensation is attached.

5.   In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the
bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining
whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be
required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any
adjourned hearings thereof;

B2030 (Form 2030) (12/15)

d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/22/2023

*Date*

/s/ Donald F. Campbell, Jr., 030402001

*Signature of Attorney*

Giordano, Halleran & Ciesla, P.C.

*Name of law firm*
125 Half Mile Road
Suite 300
Red Bank, NJ 07701-6777